```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ROBERT ASHLEY,                              :
                                            :
                    Plaintiff,              :   No. 19-CV-6282 (AJN) (OTW)
                                            :
        -against-                           :   ORDER
                                            :
C.O. GONZALEZ #6566, et al.,                :
                                            :
                    Defendant.              :
                                            :
------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

The Court held an Initial Case Management Conference in this matter on November 19, 2019. As discussed at the conference, after meeting and conferring with Plaintiff, Defendants shall file a joint status letter by **December 13, 2019** proposing discovery deadlines and a briefing schedule for any anticipated Rule 12(c) motion.

On July 15, 2019, Judge Nathan denied Plaintiff's motion for counsel without prejudice to renew at a later date. (ECF 8). Accordingly, the Clerk is directed to close ECF 4.

The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

Dated:  November 19, 2019
       New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge