UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
ROBERT ASHLEY,

                    Plaintiff,

         -against-

C.O. GONZALEZ #6566, et al.,

                    Defendant.

-----------------------------------------------------------x

No. 19-CV-6282 (AJN) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of the New York City Law Department's ("City") request to adjourn the March 5, 2020 settlement conference call. (ECF 48). That request is DENIED. In light of the City's stance on settlement, the call will be converted to a discovery status conference call.

The City's request for a stay of discovery pending resolution of the City's Rule 12 motion to dismiss is DENIED. Discovery shall still proceed. The Clerk of Court is respectfully requested to close ECF 48 and to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

Dated: March 4, 2020
       New York, New York

                               *s/ Ona T. Wang*
                               **Ona T. Wang**
                          United States Magistrate Judge