```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ROBERT ASHLEY,                                              :
                                                            :
                              Plaintiff,                    :    No. 19-CV-6282 (AJN) (OTW)
                                                            :
              -against-                                     :    **ORDER**
                                                            :
C.O. GONZALEZ #6566, et al.,                                :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

Defendants' letter motion for an order to produce Plaintiff for a deposition is DENIED without prejudice. No depositions should be proceeding at this time. A further order regarding discovery in light of the COVID-19 pandemic will be issued on the docket shortly. Defendants are directed to mail a copy of this Order to the *pro se* Plaintiff. The Clerk is directed to close ECF 52.

**SO ORDERED.**

Dated: March 17, 2020　　　　　　　　　　　　　　　　*s/ Ona T. Wang*
　　　　New York, New York　　　　　　　　　　　　　　**Ona T. Wang**
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge