**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
: 
ROBERT ASHLEY,
:
:
                       Plaintiff,          :          No. 19-CV-6282 (AJN) (OTW)
:
          -against-                :          **ORDER**
:
C.O. GONZALEZ, et al.,
:
:
                     Defendants,
:
:
-------------------------------------------------------------x

      **ONA T. WANG, United States Magistrate Judge:**

      The Centers for Disease Control and the World Health Organization have advised people to take precautions regarding the COVID-19 pandemic, and the Chief Judge of this Court has entered standing orders regarding the same. *See, e.g.*, 20-MC-155 (attached). In order to protect public health while promoting the "just, speedy, and inexpensive determination of every action and proceeding," Fed. R. Civ. P. 1, it is hereby

      **ORDERED**, that counsel shall conduct work remotely. This includes, but is not limited to, client meetings, work meetings, and hand deliveries of courtesy copies to the Court (courtesy copies can be sent via email or mail). It is further

      **ORDERED**, pursuant to Fed. R. Civ. P. 16(b)(4), that all unexpired discovery deadlines are hereby EXTENDED for a period of **60 days**. Nothing in this Order prevents the parties from seeking to further modify the pretrial schedule in light of the COVID-19 pandemic (or for any other good cause). Before seeking such relief, the parties must, as always, meet and confer (via remote means) in a good faith effort to reach agreement on how best to fulfill the goals of Rule 1 while avoiding unnecessary health risks. It is further

      **ORDERED**, that by **May 1, 2020** Defendants shall file a status letter regarding: (1) the proposed new discovery end-date; and (2) what restrictions are in place at Plaintiff's correctional facility that would affect Plaintiff's deposition. It is further

**ORDERED** that if any party or counsel has any private, personal, familial or medical concerns that they need to share with the Court that would necessitate further orders, counsel may email Wang_NYSDChambers@nysd.uscourts.gov *ex parte* provided that they advise the other parties that they will be contacting the Court *ex parte*.

Defendants' counsel is respectfully directed to mail a copy of this Order to Plaintiff.

**SO ORDERED.**

*s/ Ona T. Wang*

Dated: March 20, 2020                                                **Ona T. Wang**
      New York, New York                      United States Magistrate Judge

20 MISC 00155



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| IN RE: CORONAVIRUS/COVID-19 PANDEMIC | M10-468 REVISED STANDING ORDER |
|---|---|

THIS MATTER RELATES TO: Entry Into Courthouses

In order to protect public health, and in recognition of the national emergency that was declared by the President of the United States on March 13, 2020, the United States District Court for the Southern District of New York hereby issues the following order:

The United States Courthouses in Manhattan, White Plains and Poughkeepsie will remain open for business, but access to the buildings will be restricted. Security will only permit access to the following persons:

- Persons who have been ordered to appear by any judge of the Southern District of New York;

- Persons who have been directed to appear by the Probation Office or by Pretrial Services;

- Debtors, creditors and their attorneys who have case-related business before the Bankruptcy Court;

- Government employees who work in the courthouse and are authorized to appear by their employer;

- Contractors who are authorized to appear by the Office of the District Executive;

- United States Postal Service mail carriers, private mail carriers and private delivery services;

- Law enforcement personnel;

- Credentialed courthouse press;

- Family members of criminal defendants who are attending scheduled proceedings;

1

- Persons with an interest in attending scheduled criminal trials;
- Victims and their family members who are attending scheduled proceedings;
- Jurors in ongoing trials and grand jurors; and
- Persons designated by the Chief Judge of the United States Court of Appeals for the Second Circuit.

Persons otherwise authorized to enter must pass the screening protocol that can be found in the Second Amended Standing Order in the matter now entitled *In re Coronavirus/COVID-19 Pandemic* (M-10-468), entered March 13, 2020, which can be found at https://nysd.uscourts.gov/covid-19-coronavirus. No one will be permitted to enter in violation of that protocol.

SO ORDERED.

Dated: March 16, 2020
New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge