```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ROBERT ASHLEY,                                              :
                                                            :
                              Plaintiff,                    :   No. 19-CV-6282 (AJN) (OTW)
                                                            :
              -against-                                     :   ORDER
                                                            :
C.O. GONZALEZ, et al.,                                      :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

The Court having instructed Defendants, at a status conference on March 5, 2020, to arrange for Plaintiff Robert Ashley, Inmate No. 19-A-2330, to view the DVD of video surveillance of the incident underlying the complaint in this action; and the Deputy Superintendent of Gouverneur Correctional Facility, located in Gouverneur, New York, having agreed to accept delivery of said DVDs and permit Plaintiff to view them if so-ordered:

**IT IS HEREBY ORDERED,** that counsel for Defendants provide said DVD to the Deputy Superintendent or other official in charge of the Gouverneur Correctional Facility and that the Deputy Superintendent or other official in charge of the Gouverneur Correctional Facility permit and make arrangements for inmate Robert Ashley to view said DVD forthwith, and that Plaintiff is directed to cooperate in connection with such viewing. It is further

**ORDERED**, that this Order shall not conflict with any existing orders or directives regarding COVID-19 protocol(s) from the Court or the Gouverneur Correctional Facility. Defendants shall submit a **status letter by May 1, 2020** regarding whether Plaintiff has had an

opportunity to view the DVD. Defendants are directed to mail a copy of this Order to the pro se Plaintiff. It is further

**ORDERED,** that the Clerk is directed to close ECF 55.

**SO ORDERED.**

Dated:  March 20, 2020
      New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge