**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
ROBERT ASHLEY,

                     Plaintiff,

      -against-

C.O. GONZALEZ #6566, et al.,

                     Defendants.

------------------------------------------------------------x

No. 19-CV-6282 (AJN) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of the *pro se* Plaintiff's March 5, 2020 letter requesting video and document discovery from the Defendants. (ECF 63). The Court notes that the letter was sent before the Court, on March 20, 2020, ordered arrangements for Plaintiff to view DVDs of the surveillance at his correctional facility (ECF 58) and before Defendant, on March 30, 2020, mailed a copy of the surveillance video to Plaintiff (ECF 59). The Court believes that Plaintiff will be able to view his requested video discovery. To the extent the request for video is construed as a motion for discovery, it is moot.

If Plaintiff requests any documents from Defendants, he must make the request to Defendants. In furtherance of that, Defendants, through their counsel, must contact Plaintiff via telephone to discuss what, if any, additional discovery is requested. The Court looks forward to the May 1, 2020 status letter from Defendants.

Defendants are respectfully requested to mail a copy of this Order and ECF 63 to Plaintiff.

**SO ORDERED.**

Dated: April 1, 2020
     New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge