**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------x

ROBERT ASHLEY,

                Plaintiff,

    -against-

C.O. GONZALEZ #6566, et al.,

                Defendants.

----------------------------------------------------------x

No. 19-CV-6282 (AJN) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

Parties are directed to meet and confer, and Defendants are directed to file a status letter by **May 29, 2020**. The letter should contain a description of what discovery remains and a proposed timeline.

Defendants are requested to mail a copy of this Order to Plaintiff and file proof of service on the docket within seven days of this Order.

**SO ORDERED.**

Dated: April 28, 2020
       New York, New York

                                                  *s/ Ona T. Wang*
                                                      **Ona T. Wang**
                                              United States Magistrate Judge