**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
ROBERT ASHLEY,

                    Plaintiff,        No. 19-CV-6282 (AJN) (OTW)

      -against-               **ORDER**

C.O. GONZALEZ #6566, et al.,

                    Defendants.

-----------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of the Defendants' April 30, 2020 letter. (ECF 72). The letter asks for (1) an opportunity for Plaintiff to supplement his opposition to the motion to dismiss and (2) a stay of discovery until the motion to dismiss is decided. (ECF 72). The applications are **GRANTED**.

Plaintiff's supplemental opposition to Defendants' motion to dismiss is due **May 22, 2020**, and Defendants' reply is due **June 5, 2020**.

Discovery is stayed until a decision and order on Defendants' motion to dismiss. Defendants are directed to submit a joint status letter with a plan for the remaining discovery fourteen (14) days after the decision and order if the case is not fully dismissed. Parties need not submit a status letter on May 29, 2020 as directed on April 28, 2020. (ECF 71).

Defendants are requested to mail a copy of this letter to the pro se Plaintiff and file proof of service on the docket within seven (7) days of this Order.

**SO ORDERED.**

Dated: May 5, 2020
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge