UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

ROBERT ASHLEY,

                    Plaintiff,

      -against-

C.O. GONZALEZ #6566, et al.,

                    Defendants.

------------------------------------------------------------x

No. 19-CV-6282 (AJN) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

Judge Nathan has directed that parties resume discovery. (ECF 89). As previously ordered at ECF 74, the Defendants are directed to submit a joint status letter with a plan for the remaining discovery by **December 14, 2020.**

The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

Dated: December 1, 2020
      New York, New York

                                             *s/ Ona T. Wang*
                                               **Ona T. Wang**
                                  United States Magistrate Judge