UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ROBERT ASHLEY,

                              Plaintiff,

      -against-

GONZALEZ ET AL.,

                              Defendants.

------------------------------------------------------------------------ x

**ORDER TO PRODUCE INMATE FOR VIDEO DEPOSITION**

19-CV-6282 (AJN) (OTW)

      Upon the application of defendants for leave to take the deposition of plaintiff Robert Ashley, an inmate within the New York State Department of Corrections and Community Supervision, the Court having granted leave for the taking of plaintiff's deposition pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure:

    **IT IS HEREBY ORDERED:** that the Superintendent or other official in charge of the Gouverneur Correctional Facility, located in Gouverneur, New York, produce inmate Robert Ashley, Inmate No. 19-A-2330, at a location within the facility with video conference capabilities for the taking of his deposition on **<u>January 20, 2021, at 10:30 A.M.</u>** and for so long thereafter as the deposition continues, and that plaintiff appear in such place as designated by the Superintendent or other official in charge of the Gouverneur Correctional Facility so that his deposition may be taken.

Dated:    New York, New York
             December 22, 2020

                                            _____
                                            HON. ONA T. WANG
                                            UNITED STATES MAGISTRATE JUDGE