

**JAMES E. JOHNSON**
*Corporation Counsel*

T<small>HE</small> C<small>ITY OF</small> N<small>EW</small> Y<small>ORK</small>
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**KATHERINE J. WEALL**
*Senior Counsel*
kweall@law.nyc.gov
Phone: (212) 356-5055
Mobile: (646) 370-0051

**MEMO ENDORSED**

February 25, 2021

**By ECF**
Honorable Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Application granted. The Clerk of Court is directed to mail a copy of this Order to the pro se Plaintiff. ECF 99 resolved. SO ORDERED.
>
> /s/ Ona T. Wang  Mar. 9, 2021
> U.S.M.J.

Re: <u>Robert Ashley v. Gonzalez, et al.,</u> 19-civ-6282 (AJN) (OTW)

Your Honor:

    I represent defendant Correction Officers Anthony Dinicola and Adam Gonzalez in this action. I write to request a two-week extension, from February 26, 2021 to March 12, 2021 to file the joint status letter from the parties that is currently due tomorrow. This request does not affect any other deadlines in the case.

    The reason for this request is a scheduling error on my part, and I apologize for any inconvenience this may cause the Court. I inadvertently did not allow enough time to write to Mr. Ashley and confer with him concerning the letter prior to it being due. An extra two weeks would allow me to write to him and would give enough time for him to respond prior to my filing the joint letter.

    Thank you for your consideration herein.

Respectfully submitted,

/s/ *Katherine J. Weall*

Katherine J. Weall
*Senior Counsel*

cc: Robert Ashley, *Plaintiff Pro Se* (Via U.S. Mail)
Franklin Correctional Facility
62 Barehill Road, P.O. Box 10
Malone, NY 12953-0010