**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

ROBERT ASHLEY,

                          Plaintiff,

          -against-

C.O. GONZALEZ #6566, et al.,

                   Defendants.

-------------------------------------------------------------x

No. 19-CV-6282 (AJN) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

A joint status letter was due March 12, 2021. (ECF 100). To date Defendant has not filed one. Defendant is directed to file a joint status letter by **March 30, 2021**.

The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

_s/ Ona T. Wang_

Dated:  March 19, 2021
       New York, New York

**Ona T. Wang**
United States Magistrate Judge