**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
ROBERT ASHLEY,                                              :
                                                            :
                                    Plaintiff,              :    19-CV-6282 (AJN) (OTW)
                                                            :
                    -against-                               :    ORDER
                                                            :
C.O. GONZALEZ #6566, et al.,                                :
                                                            :
                                    Defendants.             :
                                                            :
------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of Defendants' request for additional time to depose Plaintiff on medical records it has yet to receive from Franklin Correctional Facility. (ECF 106). That request is hereby **DENIED**.

In lieu of depositions, Plaintiff may serve interrogatories upon Defendants. Any interrogatories must be served by August 31, 2021. All other discovery is closed and will not be reopened except for extraordinary circumstances.

**IT IS FURTHER ORDERED** that the parties shall abide by the following schedule for summary judgment motions:

Defendants' opening brief due September 30, 2021;

Plaintiff's opposition due November 1, 2021; and

Defendants' response, if any, due November 15, 2021.

Finally, it has come to the Court's attention that Plaintiff is no longer located at the address listed on the docket (Gouverneur Correctional Facility, 112 Scotch Settlement Road). Plaintiff is required to keep the Court apprised of current contact information; failure to do so

may result in dismissal of the action for failure to prosecute under Federal Rule of Civil Procedure 41(b).

**IT IS FURTHER ORDERED** that Plaintiff shall update this Court with his current mailing address. Defendants are directed to locate Mr. Robert Ashley (DIN# 19-A-2230), mail a copy of this Order to him, and file such proof of service on the docket.

**SO ORDERED.**

Dated:  July 22, 2021
       New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge
