UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ROBERT ASHLEY,

                     Plaintiff,        No. 19-CV-6282 (AJN) (OTW)

         -against-               **ORDER**

C.O. GONZALEZ #6566, et al.,

                     Defendants.
-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of Defendants' request to deem their motion fully submitted. (ECF 117). This request is **DENIED** without prejudice.

On July 22, 2021, this Court set a briefing schedule for summary judgment motions and ordered Plaintiff to update the Court with his current mailing address. (ECF 107). To date, Plaintiff has not followed the briefing schedule, nor updated the Court with his address.

By **February 25, 2022**, Plaintiff is ORDERED to: (1) update the Court with his current address and (2) respond to Defendants' motion for summary judgment. Plaintiff is directed to refer to Defendants' Local Civil Rule 56.2 Notice (attached to this Order and also found at ECF 113) for instructions. **Failure to file an opposition will result in the Court considering Defendants' motion for summary judgment to be unopposed and may result in dismissal of the action. Additionally, failure to update the Court with Plaintiff's current address may result in a dismissal for failure to prosecute.** *See Alomar v. Recard*, No. 07-CV-5654 (CS) (PED), 2010 WL 451047, at *2 (S.D.N.Y. Feb. 9, 2010) ("The duty to inform the Court and defendants of any change of address is 'an obligation that rests with all pro se plaintiffs.'").

Defendants are directed to serve a copy of this Order and their summary judgment papers (**ECF 109-115**) by trackable means to Plaintiff and file proof of service on the docket.

**SO ORDERED.**

Dated:  January 26, 2022
        New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge