USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/9/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- x

**ROBERT ASHLEY,**

                         **Plaintiff,**

      -against-

**C.O. GONZALEZ and C.O. DINCOLA,**

                        **Defendants.**

19-cv-6282 (ALC) (OTW)

<u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>

----------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

      On July 15, 2019, this matter was referred by the Honorable Alison J. Nathan to United States Magistrate Judge Ona T. Wang for general pretrial matters. ECF No. 7. On October 4, 2021, Judge Nathan issued an amended Order of Reference, referring Defendants' motion for summary judgment. ECF No. 116. On April 7, 2022, this case was re-assigned to this Court. The Court now considers the Report and Recommendation issued by Magistrate Judge Wang, recommending that the action be dismissed for failure to prosecute. ECF No. 121.

      Despite notification of the right to object to the Report and Recommendation, no objections were filed. Where no timely objections are made, the Court may adopt the Report and Recommendation as long as there is no clear error on the face of the record. *Sacks v. Gandhi Eng'g, Inc.*, 999 F. Supp. 2d 629, 632 (S.D.N.Y. 2014) (citing *Wilds v. United Parcel Serv.*, 262 F.Supp.2d 163, 169 (S.D.N.Y. 2003)). In light of the lack of any objections to the Report and Recommendation and the fact that Court finds no clear error in the record, the Court adopts the Report and Recommendation in its entirety.

      Therefore, this action is DISMISSED for failure to prosecute.

2

The Clerk of Court is respectfully directed to enter judgment, terminate the motion at ECF No. 109, and close this case. The Clerk of Court is respectfully directed to serve a copy of this Order on *pro se* Plaintiff.

**SO ORDERED.**

**Dated: August 9, 2022**
      **New York, New York**

                                  **ANDREW L. CARTER, JR.**
                                  **United States District Judge**