**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ROBERT ASHLEY,

                        Plaintiff,                    19 **CIVIL** 6282 (ALC)(OTW)

      -against-                             **JUDGMENT**

C.O. GONZALEZ and C.O. DINCOLA,

                      Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 9, 2022, in light of the lack of any objections to the Report and Recommendation and the fact that Court finds no clear error in the record, the Court has adopted the Report and Recommendation in its entirety. This action is DISMISSED for failure to prosecute; accordingly, the case is closed.

**Dated:**  New York, New York
           August 11, 2022

                                                          **RUBY J. KRAJICK**
                                                          Clerk of Court
                                     **BY:**     *K. Mango*
                                                           **Deputy Clerk**